UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| LINDA LOUSIE OGLESBY,<br><br>   Plaintiff,<br>v.<br><br>CAREFREE HEALTH SERVICES, INC.<br>d/b/a CLEARCHOICE HEALTH,<br><br>   Defendant. | Case No: 3:17-cv-00117-RLY-MPB<br><br>Honorable Judge Richard L. Young |

## ORDER OF DISMISSAL

Plaintiff, LINDA LOUSIE OGLESBY ("Plaintiff"), by and through her attorneys, SULAIMAN LAW GROUP, LTD., having filed with this Court a Notice of Voluntary Dismissal and the Court having reviewed same, now finds that this matter should be dismissed.

IT IS THEREFORE ORDERED by this Court that the above cause of action is hereby dismissed, with prejudice.

DISTRIBUTION:

Dated:  10/24/2017

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Nathan C. Volheim
Sulaiman Law Group, Ltd.
2500 S. Highland Avenue, Suite 200
Lombard, IL 60148
(630) 575-8181
nvolheim@sulaimanlaw.com